**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Ramona Goheen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a Delaware | ) | |
| Corporation, | ) | Case No. 4:11-cv-021 |
| | ) | |
| Defendant. | ) | |

On March 2, 2012, the parties filed a Stipulation to Modify Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 18). The Scheduling/Discovery Plan shall be modified as follows:

3. The parties shall have until April 16, 2012, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: The plaintiff shall have until April 13, 2012, to serve expert witness disclosures compliant with the language of Rule 26(a)(2), and the defendant shall have until May 29, 2012, to serve expert witness disclosure compliant with the language of Rule 26(a)(2). (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

5. The parties shall have until June 27, 2012, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2012.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr.
>United States Magistrate Judge