# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Ramona Goheen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a | ) | |
| Delaware Corporation, | ) | Case No. 4:11-cv-021 |
| | ) | |
| Defendant. | ) | |

On May 29, 2012, the parties filed a Stipulation to Modify Scheduling/Discovery Plan and Continue Trial Date. The court **ADOPTS** the parties' stipulation (Docket No. 20). The court's scheduling order shall be amended as follows:

3. The parties shall have until November 22, 2012, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: The plaintiff shall have until November 15, 2012, to serve expert witness disclosures complaint with the language of Rule 26(a)(2), and the defendant shall have until December 30, 2012, to serve to serve expert witness disclosures complaint with the language of Rule 26(a)(2). (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

5. The parties shall have until February 28, 2013, to complete discovery depositions

1

of expert witnesses.

The court shall contact the parties to schedule a conference call to discuss an extension of the dispositive motion deadline and a continuance of trial.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2012.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge