**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Ramona Goheen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a | ) | |
| Delaware Corporation, | ) | Case No. 4:11-cv-021 |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties on June 7, 2012, to discuss an extension of the dispositive motion deadline and a continuance of the trial in this case. Pursuant to the court's discussions with the parties, it is **ORDERED**:

1. The parties shall have until May 1, 2013, to file dispositive motions (summary judgment as to all or part of the case).

2. The final pretrial conference set for August 28, 2012, shall be rescheduled for September 4, 2013, at 1:30 p.m. CDT by telephone before the undersigned. The court shall initiate the conference call.

3. The trial set for September 10, 2012, shall be rescheduled for September 16, 2013, at 9:30 a.m. CDT in Bismarck before Judge Hovland (courtroom #1). A seven (7) day trial is anticipated.

Dated this 7th day of June, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge