# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Ramona Goheen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a | ) | |
| Delaware Corporation, | ) | Case No. 4:11-cv-021 |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties on June 7, 2012, to discuss an extension of the dispositive motion deadline and a continuance of the trial in this case. Pursuant to the court's discussions with the parties, it is **ORDERED**:

1. The parties shall have until <u>May 1, 2013</u>, to file dispositive motions (summary judgment as to all or part of the case).

2. The final pretrial conference set for August 28, 2012, shall be rescheduled for <u>September 4, 2013, at 1:30 p.m. CDT</u> by telephone before the undersigned. The court shall initiate the conference call.

3. The trial set for September 10, 2012, shall be rescheduled for <u>September 16, 2013, at 9:30 a.m. CDT</u> in Bismarck before Judge Hovland (courtroom #1). A seven (7) day trial is anticipated.

Dated this 7th day of June, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
