# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Ramona Goheen, | ) |
|            Plaintiff, | ) **ORDER ADOPTING AMENDED** |
| | ) **STIPULATION TO MODIFY** |
| vs. | ) **SCHEDULING/DISCOVERY PLAN** |
| | ) |
| BNSF Railway Company, a Delaware Corporation, | ) Case No. 4:11-cv-021 |
| | ) |
|            Defendant. | ) |

Before the court is an Amended Stipulation to Modify Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 28). The court's scheduling order shall be amended as follows.

3. The parties shall have until March 1, 2013, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: The plaintiff shall have until February 1, 2013, to serve expert witness disclosures compliant with the language of Rule 26(a)(2), and the defendant shall have until March 15, 2013, to serve expert witness disclosures compliant with the language of Rule 26(a)(2). (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

5. The parties shall have until April 19, 2013, to complete discovery depositions of expert witnesses.

1

**IT IS SO ORDERED.**

Dated this 27th day of September, 2012.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge